# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. 2:21-cv-02582-RGK-RAO  Date May 28, 2021

Title: Terrie Pritchett v. Jose Marcelo Esparza et al

Present: The Honorable R. Gary Klausner, U.S. District Judge

| S. Williams | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

Proceedings: ☐ In Court  ☒ In Chambers  ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 04/30/2021 [20].

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Make JS-6

☐ Entered _____.

Initials of Preparer  sw